1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JOSE URIBE, PATRICK DUNN, and JUDITH VERGIEN, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-04900-VC |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL |
| v. | Hon. Vince~~nt~~ Chhabria |
| CLIF BAR & COMPANY, | |
| Defendant. | |

Having considered the Parties' Stipulation of Dismissal and the entire record herein, it is ORDERED that this action is hereby DISMISSED WITH PREJUDICE as to all claims asserted individually by Plaintiffs Jose Uribe, Patrick Dunn, and Judith Vergien and WITHOUT PREJUDICE as to any claims of any absent or unnamed members of the putative class. Each side to be responsible for and bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: March 21, 2023

Hon. Vince Chhabria
United States District Court Judge